# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KENYA L. KELLY, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:15-cv-2169-RCJ-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| STATE FARM MUTUAL AUTOMOBILE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated November 16, 2015, required the parties to file a Joint Status Report no later than December 19, 2015. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **January 7, 2016**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 28th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge