GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
BENJAMIN J. CARMAN, ESQ.
Nevada Bar No. 12565
RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Telephone: (702) 477-7774
ranalliservice@ranallilawyers.com
Attorneys for Defendant,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT COURT OF NEVADA

| | |
|---|---|
| KENYA L. KELLY, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 10 and ROE CORPORATIONS I through 100;<br><br>Defendants. | Case No. 2:15-cv-02169-RCJ-GWF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, KENYA KELLY, and Defendants, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

///

1

1       It is Further Stipulated that any Trial Currently Scheduled
2 for February 5, 2018, be Vacated.
3 Dated: December 4, 2017                           Dated: November 30, 2017

RANALLI ZANIEL FOWLER & MORAN, LLC       ARIN & ASSOCIATES, P.C.

_/s/ George M. Ranalli_                            _/s/ Imanuel B. Arin_

GEORGE M. RANALLI, ESQ.                 IMANUEL B. ARIN, ESQ.
Nevada Bar No. 5748                           Nevada Bar No. 004207
BENJAMIN J. CARMAN, ESQ.                 10801 W. Charleston Blvd.,
Nevada Bar No. 12565                          Suite 170
2400 W. Horizon Ridge Parkway          Las Vegas, Nevada 89135
Henderson, Nevada 89052                  Attorney for Plaintiff
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED:
Dated: 12/06/2017

_/s/ R. Jones_
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

2